## Commonwealth ex rel. Netters, Appellant, *v.* Rundle.

Submitted March 1, 1965. *Frank T. Netters,* appellant, in propria persona; *James E. O'Brien,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Oakes, Appellant, *v.* Russell.

Submitted March 15, 1965. *Charles J. Oakes,* appellant, in propria persona; *Paris J. DeSantis,* Assistant District Attorney, and *Harry W. Lightstone,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.